# Pile, Appellant, v. Torpin.

*Equity—Findings of fact—Appeal.*

A decree ·dismissing a bill in equity filed to enforce the distribution of the funds of an unincorporated association, will be sustained, where it appears that the findings of fact by the court below were supported by sufficient evidence, and that there was no manifest error.

Argued Dec. 10, 1917.   Appeal, No. 70, Oct. T., 1917, by plaintiff, from decree of C. P. No. 5, Philadelphia Co., Dec. T., 1913, No. 2433, dismissing bill in equity in case of Charles H. Pile v. Richard Torpin et al., Constituting the Board of Managers of the Logan Coal & Timber As-. sociation.   Before ORLADY, P. J., PORTER, HENDERSON, HEAD, KEPHART, TREXLER and WILLIAMS, JJ.   Affirmed.

Bill in equity to enforce the distribution of the funds of the Logan Coal & Trust Association.

*Error assigned* was decree dismissing the bill.

*Robert J. Byron,* with him *A. S. Longbottom* and *Charles H. Pile,* for appellant.

*E. Spencer Miller,* for appellee.

OPINION BY HEAD, J., July 10, 1918:

The findings of fact filed by the late Judge RALSTON were afterwards approved and adopted by the court in banc.   It is clear to us they were supported by evidence and therefore they come to this court as if they had been found by a jury after a proper trial.   These facts having been thus established, the legal conclusion that the bill should be dismissed was inevitable.

We can find nothing in the record that would warrant us in disturbing or setting aside the findings of fact re-

ferred to and we therefore necessarily conclude that the decree dismissing the bill was a proper one.

Decree affirmed.